IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IVETTE PAYNE,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   21-cv-5635 |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this __20TH__ day of June, 2023, upon consideration of Plaintiff's Request for Review (ECF No. 7), Defendant's response thereto (ECF No. 10), and Plaintiff's reply brief (ECF No. 11) and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Plaintiff's Request for Review is **DENIED**; and

2.    Judgment is entered in favor of Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge